UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF LOUISIANA

IN RE:
JANICE ROGERS
       (DEBTOR)

CASE NO.: 04-12463

## ORDER TO SHOW CAUSE

      A hearing on confirmation of the above-named debtor's Chapter 13 plan was held before this Court on October 6, 2004,

      For oral reasons given,

      IT IS ORDERED that Herb Zerden, Registered Agent for Foreclosure Assistance Solutions, appear before this Court on the 20th day of October, 2004 at 2:00 p.m. to show cause why sanctions should not be imposed against him/them for violating Section 110 of the Bankruptcy Code.

      Baton Rouge, Louisiana, October 7, 2004.

**S/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE

***NOTICE: A PHOTO ID IS REQUIRED TO ENTER THE COURTHOUSE.***