UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE: JANICE ROGERS                           CASE NO.: 04-12463

# **ORDER**

Considering the hearing held on October 20, 2004 and the testimony of Ms. Janice Rogers and Exhibits introduced into evidence, and for reasons orally assigned;

IT IS ORDERED that for violating 11 U.S.C. §110, Foreclosure Assistance Solutions (FAS) is fined:

$500 for failure to sign the bankruptcy pleadings;

$500 for failing to list a social security or account number for FAS on the bankruptcy documents; and

$500 for collecting a fee from the debtor.

IT IS FURTHER ORDERED that FAS refund to the Chapter 13 Trustee, Annette Crawford, PO BOX 64868, Baton Rouge, LA, 70896. $1,200 as in excess of the value of services provided to the debtor, Ms. Rogers.

Baton Rouge, Louisiana, November 1, 2004.

**s/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE